# Court of Appeals
# of the State of Georgia

ATLANTA,    July 07, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2004. M. O. W., LLC v. OLIVE BRANCH HOLDINGS, LLC. et al.**

Appellant has filed a "Voluntary Dismissal" in the above-styled appeal, which this Court construes as a motion for permission to withdraw the appeal pursuant to Court of Appeals Rule 41 (g) (1). Appellant's motion is GRANTED, and it is hereby ordered that Appellant is permitted to withdraw this appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*    07/07/2015
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*